AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __NEW YORK__

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
SEP 17 2012
AT____O'CLOCK____
Lawrence K. Baerman, Clerk - Plattsburgh

UNITED STATES OF AMERICA
V.

Gerrett CONOVER

**CRIMINAL COMPLAINT**

Case Number: 7:12-M-450(LAK)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __September 16, 2012__ in __St. Lawrence__ County, in the __Northern__ District of __New York__ defendant(s) did,

did knowingly possess material that contains an image of child pornography that has been shipped or transported in and affecting interstate and foreign commerce.

in violation of Title __18__ United States Code, Section(s) __2252A(a)(5)(B)__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part of this complaint:   X Yes   ☐ No

_(signature)_
Signature of Complainant

Timothy Losito
Printed Name of Complainant

Sworn to before me and signed in my presence,

Date __September 17, 2012__   at   __Plattsburgh, New York__
City and State

__Larry A. Kudrle, U.S. Magistrate Judge__
__N.D.N.Y.__
Name and Title of Judge

_(signature)_
Signature of Judge

## AFFIDAVIT

1.   I am a Special Agent with Homeland Security Investigations (HSI). I have been so employed from 2002 to the present. I am currently assigned to HSI Massena, Massena, New York. I have been involved in numerous child pornography investigations during my career, which have resulted in numerous arrests.

2.   I am familiar with the circumstances of the below described offenses, through my personal participation in this investigation and through information provided to me by Custom and Border Protection (CBP).

3.   On September 16, 2012, at approximately 8:10 am, a 1971 Mercedes Benz 600 arrived at the Ogdensburg, NY Port of Entry (POE) attempting to make entry into the U.S. from Canada. When the vehicle arrived at the POE, the driver of the vehicle was identified as Gerrett CONOVER. Once CONOVER was identified, CBP Officers (CBPOs) sent CONOVER to secondary inspection and detained. During secondary inspection, CBPOs located an Acer laptop belonging to CONOVER.

4.   HSI Special Agents (SA) Jason Young and Tim Losito, a computer forensics agent, responded to the Ogdensburg, NY Port of Entry. Once there, SCBPO Tenant transferred custody of the Acer laptop to SA Losito. SAs Young and Losito identified the laptop as an Acer TravelMate laptop Model # 6292. SA Losito removed the laptop's hard drive and prepared the hard drive for forensic exam.

5.   At approximately 10:30 am, SAs Losito and Young found a video containing images child pornography. The file was found on CONOVER's Acer laptop, under user "Gerrett", folder "Videos", subfolder "Real Player Videos", filename "13yrOldGetsDressed.flv." The video is a two minute and 43 second web camera video depicting a male child, approximately thirteen (13) years old. During the video, the child undresses and, once naked, he strokes his penis several times and then moves around so the tip of his penis moves up and down.

6.   At approximately 11:45 am, SAs Losito and Young conducted an interview of CONOVER. Prior to the interview, CONOVER was advised of his *Miranda* rights. CONOVER acknowledged that he understood his rights and agreed to speak with law enforcement officers. During the course of the interview, CONOVER admitted the laptop was his, and that no one else had access to it. CONOVER also admitted he had the above described video on his computer. CONOVER also stated that he "chatted" with others online, using the profile name of "PETERSNEAKS," due to his affinity for sneakers. CONOVER stated he has recently been chatting with a young boy in Canada, through instant messenger, and that he was trading sneakers with him.

_____
Timothy Losito, Special Agent
Homeland Security Investigations